1  JOSEPH D. LEE (State Bar No. 110840)
   joseph.lee@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  JEREMY A. LAWRENCE (State Bar No. 270866)
   jeremy.lawrence@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105
   Telephone:     (415) 512-4000
8  Facsimile:     (415) 512-4077

9  Attorneys for Defendants BRIUS
   MANAGEMENT CO., and BRIUS, LLC
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14 | NANCY HEARDEN, et al.,                | No. 2:22−CV−00994−MCE−DMC
15 |         Plaintiffs,                   |
16 |     vs.                               | **STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING AND EXTENSION OF DEADLINE FOR RESPONDING TO COMPLAINT**
17 | WINDSOR REDDING CARE CENTER, LLC, et al., |
18 |         Defendants.                   |
19

20       The Plaintiffs, Brius Management Co., Brius, LLC (together with Brius Management Co.,

21 the "Brius Defendants"), Windsor Redding Care Center, LLC, Lee Samson, and S&F

22 Management Company (all of the foregoing, the "Parties"), by and through their undersigned

23 counsel, hereby submit the following stipulation.

24       WHEREAS, Plaintiffs filed a complaint against the Defendants in the Superior Court of

25 the State of California for Shasta County on August 26, 2021, and filed a First Amended

26 Complaint in that court on April 27, 2022;

27 ///

28 ///

1  WHEREAS, the Brius Defendants removed the action to this Court on June 6, 2022 on three separate bases: the complete preemption doctrine, the embedded federal question doctrine, and the federal officer removal statute, 28 U.S.C. § 1442(a)(1);

WHEREAS, the Brius Defendants' removal papers acknowledge that *Saldana v. Glenhaven Healthcare LLC*, 27 F.4th 679 (9th Cir. 2022), is binding on this Court, but wish to preserve all of their rights, including with respect to further review by the Ninth Circuit *en banc* and the United States Supreme Court;

WHEREAS, Plaintiffs intend to file a motion to remand this case to state court, including on the basis of *Saldana*, and the Parties agree that the motion to remand should be decided prior to litigating other issues including arbitrability of certain Plaintiffs' claims and potential motions under Rule 12(b)(6), Fed. R. Civ. P., as to which the Defendants reserve all their rights;

WHEREAS, the Parties wish to preserve judicial and party resources, and coordinate and streamline their efforts to obtain a judicial resolution of their disagreements regarding this Court's jurisdiction over this action;

WHEREAS, Defendant Shlomo Rechnitz has not been served with the Complaint and has not appeared in this action, but counsel for the Brius Defendants represent that they are authorized to confirm that Mr. Rechnitz agrees to be bound by any final decision in this action with respect to the availability of federal jurisdiction;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate to the following:

Defendants' deadline for answering or otherwise responding to the First Amended Complaint shall be stayed pending the Court's resolution of Plaintiffs' forthcoming motion to remand, and in the event that the Court denies the motion to remand, Defendants' responsive pleading shall be due 21 days after the order is issued.

///
///
///
///

| | | |
|---|---|---|
| 1 | DATED:  June 24, 2022 | REINER, SLAUGHTER, MAINZER & FRANKEL, LLP |
| 2 | | KERSHAW, COOK & TALLEY PC |
| 3 | | YORK LAW CORPORATION |

By:  */s/ Stuart Talley (as authorized on June 16, 2022 )*
 STUART C. TALLEY
Attorneys for Plaintiffs

DATED:  June 24, 2022         MUNGER, TOLLES & OLSON LLP

By:  */s/ Jeremy A. Lawrence*
 JEREMY A. LAWRENCE
Attorneys for Defendants BRIUS MANAGEMENT CO. and BRIUS, LLC

DATED:  June 24, 2022         JOSHUA SABLE (State Bar No. 170569)
7590 N Glenoaks Blvd, Ste 200
Burbank, CA 91504-1011
Phone: 818-827-0352
jsable@snfmgt.com

By:  */s/ Josua Sable (as authorized on June 16, 2022)*
 JOSHUA SABLE
Attorneys for Defendants WINDSOR REDDING CARE CENTER, LLC, LEE SAMSON, and S&F MANAGEMENT COMPANY

IT IS SO ORDERED.

DATED:  June 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING AND EXTENSION OF DEADLINE FOR RESPONDING TO COMPLAINT