

United States District Court
Eastern District of California

| NANCY HEARDEN, et al. | |
|---|---|
| Plaintiff(s) | Case Number: 2:22-CV-00994-MCE-DMC |
| V. | |
| WINDSOR REDDING CARE CENTER, LLC, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard Frankel hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs (see attached list of names)

On November 4, 1983 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/20/2022        Signature of Applicant: /s/  /s/Richard H. Frankel

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Richard Frankel |
| Law Firm Name: | Reiner, Slaughter, Mainzer & Frankel |
| Address: | 3773 Richmond Avenue, Suite 550 |
| City: | Houston   State: TX   Zip: 77046 |
| Phone Number w/Area Code: | (713) 528-2519 |
| City and State of Residence: | Bellaire, Texas |
| Primary E-mail Address: | rfrankel@reinerslaughter.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Russell Reiner |
| Law Firm Name: | Reiner, Slaughter, Mainzer & Frankel |
| Address: | 2851 Park Marina Drive, Suite 200 |
| City: | Redding   State: CA   Zip: 96001 |
| Phone Number w/Area Code: | (530) 241-1905   Bar # 84461 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 06/24/2022

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NANCY HEARDEN, individually and as successor in interest to ARTHUR TRENERRY (Decedent); JOHANNA TRENERRY, individually and as successor in interest to ARTHUR TRENERRY (Decedent); IRENE KELLEY, individually and as successor in interest to ARTHUR TRENERRY (Decedent); SALLY KELLEY, individually and as successor in interest to ARTHUR TRENERRY (Decedent); MATTHEW TRENERRY, individually and as successor in interest to ARTHUR TRENERRY (Decedent); WILLIAM TRENERRY; individually and as successor in interest to ARTHUR TRENERRY (Decedent); BEVERLY FULLER, individually and as successor in interest to ARTHUR TRENERRY (Decedent); ANTHONY TRENERRY, individually and as successor in interest to ARTHUR TRENERRY (Decedent); SHARON MCMAINES, individually and as successor in interest to WAYNE MCMAINES (Decedent); JANIS BODINE, individually and as successor in interest to WAYNE MCMAINES (Decedent); DENNIS MCMAINES, individually and as successor in interest to WAYNE MCMAINES (Decedent); DARLYN DULANEY, individually and as successor in interest to GENE WALLACE (Decedent); KARLENE WALLACE, individually and as successor in interest to GENE WALLACE (Decedent); JEREMIAH BOENINGER, individually and as successor in interest to REINHILD BOENINGER (Decedent); SANDRA BRYANT, individually and as successor in interest to REINHILD BOENINGER (Decedent); TAMARA DUKES, individually and as successor in interest to CHERIE SCOTT (Decedent); ROBERT RATHER, individually and as successor in interest to CHERIE SCOTT (Decedent); LARRY RIGGS, individually and as successor in interest to ADA RIGGS (Decedent); ROBERT RIGGS, individually and as successor in interest to ADA RIGGS (Decedent); SALLY SORENSON, individually and as successor in interest to ESTHER SHAFER (Decedent); TERRIE CALLAWAY, individually and as successor in interest to LARRY JOHNSON (Decedent); ROBERT GUTIERRES, individually and as successor in interest to CHRISTINE GUTIERRES (Decedent); DELORES GUTIERRES, individually and as successor in interest to CHRISTINE GUTIERRES (Decedent); CARYL ENDICOTT, individually and as successor in interest to EMMA HART (Decedent); DAMON WHITE, individually and as successor in interest to DANNY WHITE (Decedent); CAROLYN SILVA, individually and as successor in interest to RICHARD MATTOS (Decedent); PAMELA SANTOS, individually and as successor in interest to RICHARD MATTOS (Decedent); GARY MATTOS, individually and as successor in interest to RICHARD MATTOS (Decedent); GORDON FARMER, individually and as successor in interest to NICHOLAS FARMER (Decedent); SCOTT FARMER, individually and as successor in interest to NICHOLAS FARMER (Decedent); CHARLES BALDING, individually and as successor in interest to CHARMAINE TAPPEN (Decedent); LEONARD BALDING, individually and as successor in interest to CHARMAINE TAPPEN (Decedent); and RONALD FRISBEY, individually and as successor in interest to BONITA FRISBEY (Decedent)