1  JOSEPH D. LEE (State Bar No. 110840)
   joseph.lee@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  JEREMY A. LAWRENCE (State Bar No. 270866)
   jeremy.lawrence@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, California 94105
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  Attorneys for Defendants BRIUS
   MANAGEMENT CO., BRIUS, LLC and
10 SHLOMO RECHNITZ

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  NANCY HEARDEN; individually and as successor in interest to ARTHUR 16  TRENERRY (Decedent); et al.,<br><br>17            Plaintiffs,<br><br>18       vs.<br><br>19  WINDSOR REDDING CARE CENTER, LLC; SHLOMO RECHNITZ , BRIUS 20  MANAGEMENT CO.; BRIUS, LLC; LEE SAMSON, an individual; S&F 21  MANAGEMENT COMPANY; and DOES 1 through 50, inclusive,<br>22<br>            Defendants.<br>23 | No. 2:22−CV−00994−MCE−DMC<br><br>**STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE** |

24      The Plaintiffs, Brius Management Co., Brius, LLC (together with Brius Management Co.,

25 the "Brius Defendants"), Shlomo Rechnitz, Windsor Redding Care Center, LLC, Lee Samson, and

26 S&F Management Company (all of the foregoing, the "Parties"), by and through their undersigned

27 counsel, hereby submit the following stipulation.

28

STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE

1    WHEREAS, Plaintiffs filed a complaint in the Superior Court of the State of California for
2 Shasta County on August 26, 2021, and filed a First Amended Complaint in that court on April 27,
3 2022;

4    WHEREAS, the Brius Defendants removed the action to this Court on June 6, 2022;

5    WHEREAS, Plaintiffs filed a motion to remand this case to state court on June 30, 2022,
6 setting such matter for hearing on August 4, 2022;

7    WHEREAS, on July 1, 2022, the Court entered a Minute Order vacating the August 4,
8 2022 hearing and ordering that opposition and reply dates on the motion to remand "shall be filed
9 in accordance with the original motion hearing date," as a result of which opposition is due by
10 July 14 and reply on July 25;

11    WHEREAS, defense counsel have requested (due to an unexpected health issue), and
12 plaintiffs' counsel have agreed, to a one-week extension of the foregoing dates for opposition and
13 reply;

14    NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby
15 stipulate to the following.

16    1. The deadlines for opposition and reply papers on the Plaintiffs' pending motion to
17 remand are hereby each extended one week to July 21, 2022 (opposition) and August 1, 2022
18 (reply), respectively.

19    2. The hearing date on the motion to remand remains vacated.

20

21 [Signatures and Order on next page]

22

23

24

25

26

27

28

-2-
STIPULATION AND ORDER REGARDING MOTION TO REMAND BRIEFING SCHEDULE

| | |
|---|---|
| DATED:  July 14, 2022 | REINER, SLAUGHTER, MAINZER <br> & FRANKEL, LLP <br> KERSHAW, COOK & TALLEY PC <br> YORK LAW CORPORATION |
| | By: */s/ Stuart Talley (as authorized on July 12, 2022 )* <br> STUART C. TALLEY <br> Attorneys for Plaintiffs |
| DATED:  July 14, 2022 | MUNGER, TOLLES & OLSON LLP |
| | By: */s/ Joseph D. Lee* <br> JOSEPH D. LEE <br> Attorneys for Defendants BRIUS MANAGEMENT CO., BRIUS, LLC and SHLOMO RECHNITZ |
| DATED:  July 14, 2022 | JOSHUA SABLE (State Bar No. 170569) <br> 7590 N Glenoaks Blvd, Ste 200 <br> Burbank, CA 91504-1011 <br> Phone: 818-827-0352 <br> jsable@snfmgt.com |
| | By: */s/ Josua Sable (as authorized on July 11, 2022)* <br> JOSHUA SABLE <br> Attorneys for Defendants WINDSOR REDDING CARE CENTER, LLC, LEE SAMSON, and S&F MANAGEMENT COMPANY |

**IT IS SO ORDERED.**

Dated: July 14, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE